**Order entered July 30, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00224-CR
No. 05-14-00225-CR
No. 05-14-00226-CR

**WILLIAM PAUL HUDSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 416-82440-2011, 416-82442-2011, 416-82443-2011**

## ORDER

Appellant's July 28, 2014 second motion for extension of time to file appellant's brief is

**GRANTED**. The time to file appellant's brief is **EXTENDED** to **August 8, 2014**. If appellant

fails to file his brief by the extended due date, this case will be abated for a hearing in the trial

court regarding why appellant has not filed his brief.


/s/     LANA MYERS
        JUSTICE